**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | |
| JOHN A. YELLIG, III, & PATRICIA A. ) | |
| YELLIG ) | Case No. 17-41278 |
| ) | Chapter 13 |
| JOHN A. YELLIG, III, ) | |
| Plaintiff, ) | Adv. Proc. No. 17-04040 |
| v. ) | |
| ) | |
| VETERANS INC., ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

Please take notice that Alan D. Meyerson, Esq., 100 State Street, Ninth Floor, Boston, MA 02109, hereby enters his appearance as counsel for the Plaintiff, John A. Yellig, III, in the above-captioned matter.

                                              Respectfully submitted,
                                              JOHN A. YELLIG, III
                                              By his Attorney,

Dated: October 13, 2017              /s/ Alan D. Meyerson
                                              Alan D. Meyerson (BBO #682515)
                                              100 State Street, Ninth Floor
                                              Boston, MA 02109
                                              Tel: (617) 444-9525
                                              alan@alandavidmeyerson.com

## Certificate of Service

  I, Alan D. Meyerson, certify that, to the best of my knowledge, this document, filed through the Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2017.

                /s/ Alan D. Meyerson
                Alan D. Meyerson