# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: John A. Yellig, III and Patricia A. Yellig          Case Number: 17-41278          Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#19 Application of Debtor to Employ Alan D. Meyerson as Special Counsel

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained

\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_\_\_\_Continued to:_____For:_____

\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____

Response(s) due_____From_____

\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

COUNSEL TO THE DEBTOR HAVING REPRESENTED THAT ATTORNEY MEYERSON HAS AGREED TO STRIKE PARAGRAPHS 5 AND 7 FROM THE FEE AGREEMENT, THIS APPLICATION IS APPROVED.

IT IS SO NOTED:                                          IT IS SO ORDERED:

_____          _____/s/ Elizabeth D. Katz_____ Dated: 09/20/2017

Courtroom Deputy                                         Elizabeth D. Katz
                                                         United States Bankruptcy Judge