# LAW OFFICE OF ALAN DAVID MEYERSON
### ATTORNEY-AT-LAW
_____

**ALAN D. MEYERSON**
*email: alan@alandavidmeyerson.com*

100 STATE STREET NINTH FLOOR
BOSTON, MASSACHUSETTS 02109
Telephone (617) 444-9525
Fax (617) 934-7715

## SETTLEMENT SHEET

June 19, 2018

John A. Yellig, III
42 Tracey Drive
Whittinsville, MA 01588

    **Re:** **John A. Yellig, III v. Veterans Inc.**
           U.S. Bankruptcy Court of Massachusetts Central Division
           Case No.: 17-41278/Adv. Proc. No. 17-04040

**PROFESSIONAL SERVICES RENDERED**
In connection with claims of FMLA Interference/Retaliation against Veterans Inc.

| **SETTLEMENT** | **ATTORNEY'S FEE** | **EXEPENSES** |
|---|---|---|
| $7,500.00 | $1,900.00 | N/A |

**BALANCE/DISBURSEMENT TO CLIENT/TRUSTEE**
$5,600.00

If you have any questions or concerns, do not hesitate to contact me.  It has truly been my pleasure to work with you.  I wish you all the best in all your future endeavors.


                              Respectfully,

                              */s/ Alan D. Meyerson*
                              Alan D. Meyerson